John M. Nolan (PA 94337)
Timothy M. McCarthy (PA 319308)
**JACKSON LEWIS P.C.**
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
Tel: (267)319-7802
Fax: (215)399-2249
John.Nolan@jacksonlewis.com
Timothy.McCarthy@jacksonlewis.com
*Attorneys for Defendant/Movant*
*IBM Corporation*

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: Subpoena to Terry Keebaugh**<br><br>**SUSAN E. CONREY**<br><br>　　　　　　　Plaintiff/Respondent,<br><br>v.<br><br>**IBM CORPORATION**<br><br>　　　　　　　Defendant/Movant. | **CIVIL ACTION NO.:** _____<br><br>**(Case No. 17-CV-00817 pending in the United States District Court for the District of New Jersey)** |

### MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER

**TO THE CLERK OF COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE** that the undersigned counsel for Defendant/Movant IBM Corporation ("IBM") files the within Motion to the United States District Court for the Eastern District of Pennsylvania for an Order granting IBM's Motion to Quash Plaintiff/Respondent Susan Conrey's Third-Party Subpoena and for a Protective Order or, in the alternative, for an Order transferring the instant motion to the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the supporting Memorandum of Law and Certification of John M. Nolan with supporting exhibits. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that IBM requests oral argument in connection with the within Motion.

Date: <u>September 18, 2019</u>

**RESPECTFULLY SUBMITTED,**

_____
John M. Nolan (PA 94337)
Timothy M. McCarthy (PA 319308)
**JACKSON LEWIS P.C.**
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
Tel: (267)319-7802
John.Nolan@jacksonlewis.com
Timothy.McCarthy@jacksonlewis.com

*Attorneys for Defendant/Movant*
*IBM Corporation*

4826-4063-7861, v. 1