IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 19-mc-163 |
| SUBPOENA TO TERRY KEEBAUGH | : | |
| | : | |
| SUSAN E. CONREY | : | |
| | : | |
| v. | : | |
| | : | |
| IBM CORPORATION | : | |

## ORDER

**NOW,** this 6th day of November, 2019, upon consideration of the Motion to Quash Subpoena and for Protective Order and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the subpoena issued by the plaintiff directed to Terry Keebaugh is **QUASHED**.

/s/ TIMOTHY J. SAVAGE J.